IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KYLE EVAN HORVAT, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:22-CV-623-RAH-CSC |
| STATE OF ALABAMA, et. al, | ) |
| Defendants. | ) |

# ORDER

On December 12, 2022, the Magistrate Judge filed a Recommendation to which no timely objection has been filed. There being no objection filed to the Recommendation, and after an independent review of the file, it is hereby ORDERED that:

1. The Recommendation of the Magistrate Judge (Doc. 11) is ADOPTED.

2. The claims against the State of Alabama, the Alabama Department of Corrections and the Staton Correctional Facility are DISMISSED with prejudice.

3. The State of Alabama, the Alabama Department of Corrections and the Staton Correctional Facility are TERMINATED as parties to this action.

This case is not closed and is referred to the United States Magistrate Judge for further proceedings.

DONE, on this the 9th day of January 2023.

R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE