IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KYLE EVAN HORVAT<br>AIS #319310,<br><br>Plaintiff,<br><br>vs.<br><br>CAMELIA CARGLE,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO.:<br>) 2:22-cv-623-RAH-CSC<br>)<br>)<br>)<br>) |

Unopposed Motion to Dismiss Without Prejudice

Kyle Evan Horvat respectfully moves this Court to dismiss this action without prejudice. The defendant does not oppose this motion.

WHEREFORE, Kyle Evan Horvat requests this Court to dismiss this case without prejudice.

Respectfully submitted,

*/s/ Frank Ozment*
Counsel for Kyle Horvath

Of Counsel
Frank Ozment Attorney at Law, LLC
501 217 Country Club Park
Mountain Brook, AL 35213
frankozmentlaw@gmail.com
205.413.9973

1

Certificate of Service

I hereby certify that I have on June 28, 2023, filed this motion by means of this Court's electronic filing system, which system causes a copy of the notice to be served contemporaneously on all counsel of record.

*/s/ Frank Ozment*